UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

vs.

D-2 Jennae Reed,

      Defendant.

Case No. 25-cr-20566 002
Honorable Judith E. Levy

**Preliminary Order of Forfeiture**

Based upon Defendant Jennae Reed's conviction for violating 18 U.S.C. § 371 (Conspiracy to Commit Federal Program Bribery), Count One of the First Superseding Information (ECF No. 13), the Rule 11 Plea Agreement (ECF No. 22), the Application for Preliminary Order of Forfeiture, and other information in the record, and pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461(c),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The United States' Unopposed Application for Entry of Preliminary Order of Forfeiture is **GRANTED**; and

2. Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461(c), her interest in any and all property, real or personal, which constitutes proceeds obtained or

    derived, directly or indirectly, from her violation of 18 U.S.C. § 371 (Conspiracy to Commit Federal Program Bribery).

3. A personal forfeiture money judgment in the amount of **Thirty-Four Thousand Dollars and 00/100 ($34,000.00)** is imposed against the Defendant in favor of the United States.

4. The forfeiture money judgment may be satisfied, to whatever extent possible, from any property owned or under control of the Defendant. To satisfy the money judgment, any assets the Defendant has now, or may later acquire may be forfeited as substitute assets as allowed under 21 U.S.C. § 853(p).

5. Pursuant to Fed. R. Crim. P. 32.2, this Preliminary Order of Forfeiture shall become final as to the Defendant upon entry and the personal forfeiture money judgment shall be made part of the Defendant's sentence and included in her Judgment.

6. Upon entry of this Preliminary Order of Forfeiture, the United States may conduct discovery in accordance with the Federal Rules of Civil Procedure.

7. The provisions of this Order will survive the Defendant, notwithstanding the abatement of any underlying criminal conviction after the entry of this Order. The forfeitability of any particular property pursuant to this Order

shall be determined as if the Defendant had survived, and that determination shall be binding upon the Defendant's heirs, successors, and assigns until the forfeiture money judgment amount is collected in full.

8. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Date: January 21, 2026

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge